## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

**UNITED STATES OF AMERICA**

**v.**

**DEONDRAE WATSON**

**CASE NO.:**
**4:25-CR-012-CDL-AGH-1**

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION TO CONTINUE

Defendant was indicted on June 10, 2025, Doc. 1, and arraigned on September 17, 2025.   A Pretrial Conference is currently scheduled for October 21, 2025.   The defendant requests a continuance, and the government does not oppose. Specifically, Defendant needs additional time to review discovery with Mr. Watson.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the **March 2026** trial term and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.   The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.   18 U.S.C. § 3161(h)(7)(A)-(B).   The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 15th day of October 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA